CITY OF CLEVELAND, APPELLEE, *v.* DESTINY VENTURES, L.L.C., APPELLANT.

[Cite as *Cleveland v. Destiny Ventures, L.L.C.*,

**125 Ohio St.3d 540, 2010-Ohio-2320.**]

*Criminal law — R. C. 2941.47 — Trial of a corporation in absentia — Proceeding initiated by affidavit or complaint in a municipal court.*

(No. 2008-2230 — Submitted December 2, 2009 — Decided May 26, 2010.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 91018, 2008-Ohio-4587.

_____

**Per Curiam.**

{¶ 1}   The judgment of the court of appeals is reversed on the authority of *Cleveland v. Washington Mut. Bank*, 125 Ohio St.3d 541, 2010-Ohio-2219, ___ N.E.2d ___, and the cause is remanded to the trial court for further proceedings not inconsistent with *Cleveland v. Washington Mut. Bank.*

Judgment reversed

and cause remanded.

PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

BROWN, C.J., not participating.

_____

Robert J. Triozzi, Cleveland Law Director, and Karyn J. Lynn, Assistant Law Director, for appellee.

Michael A. Poklar, for appellant.

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, Alexandra T. Schimmer, Chief Deputy Solicitor General, and Mark Wiseman,

Assistant Attorney General, urging affirmance for amicus curiae Ohio Attorney General.

John P. Curp, Cincinnati City Solicitor, Ernest F. McAdams Jr., City Prosecuting Attorney, and Keith C. Forman, Assistant City Prosecuting Attorney, urging affirmance for amicus curiae city of Cincinnati.

_____